## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF NEW MEXICO

| | |
|---|---|
| LUIS ALBERTO NUNEZ, ) | |
| ) | |
| Movant/Defendant, ) | No. 12-cv-1047 WJ/SMV |
| ) | No. 10-cr-3354 WJ |
| vs. ) | |
| ) | |
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Respondent/Plaintiff. ) | |

### ORDER GRANTING MOTION FOR EXTENSION OF TIME TO RESPOND TO DEFENDANT'S § 2255 MOTION

THIS MATTER is before the Court on the United States' Motion for Extension of Time to Respond to Defendant's Motion Under 28 U.S.C. § 2255 . . . [CV Doc. 4; CR Doc. 196]. The Court, being fully advised in the premises, FINDS that the motion is well-taken and should be granted.

**IT IS THEREFORE ORDERED, ADJUDGED, AND DECREED** that the United States' response to the Defendant's Motion Under 28 U.S.C. § 2255 to Vacate, Set Aside, or Correct Sentence by a Person in Federal Custody [CV Doc. 1; CR Doc. 194] shall be due no later than **December 10, 2012**.

**IT IS SO ORDERED**.

_____
**STEPHAN M. VIDMAR**
**United States Magistrate Judge**